**UNITED STATES BANKRUPTCY COURT FOR**
**THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| IN RE: | ) |
| | ) Case No.: 19-81415 |
| RICHARD P. DUDA, SR. | ) Ch. 13 |
| AND MARY T. DUDA, | ) |
| | ) Hon. Thomas M. Lynch |
| | ) |
| | ) |
| Debtors. | |

### DECLARATION REQUESTING CONFIRMATION

I, Mary T. Duda, a Debtor in the above-captioned case, hereby declare:

1. The objections, if any, to confirmation have been resolved and I request that the Court confirm the most recently filed Chapter 13 Plan.

2. Since the filing of this bankruptcy, I have not been required to pay any domestic support obligations required by a judicial or administrative order, or by statute as defined in 11 U.S.C. § 101(14A).

3. I have filed all Federal, State and local tax returns required by law to be filed for all taxable periods ending during the 4-year period prior to the filing of this bankruptcy, or, if I have not filed a tax return for any of the 4 years, I was not required to file a tax return for those years.

As provided by 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. The Court may rely on the truth of each of these statements in determining whether to confirm the Chapter 13 Plan. The court may revoke confirmation of the Chapter 13 Plan if the statements relied upon are not accurate.

Executed on 8/09/2019

Mary T. Duda

UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE: )
) Case No.: 19-81415
RICHARD P. DUDA, SR. ) Ch. 13
AND MARY T. DUDA, )
) Hon. Thomas M. Lynch
)
)

Debtors.

## DECLARATION REQUESTING CONFIRMATION

I, Richard P. Duda, Sr., a Debtor in the above-captioned case, hereby declare:

1. The objections, if any, to confirmation have been resolved and I request that the Court confirm the most recently filed Chapter 13 Plan.

2. Since the filing of this bankruptcy, I have not been required to pay any domestic support obligations required by a judicial or administrative order, or by statute as defined in 11 U.S.C. § 101(14A).

3. I have filed all Federal, State and local tax returns required by law to be filed for all taxable periods ending during the 4-year period prior to the filing of this bankruptcy, or, if I have not filed a tax return for any of the 4 years, I was not required to file a tax return for those years.

As provided by 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. The Court may rely on the truth of each of these statements in determining whether to confirm the Chapter 13 Plan. The court may revoke confirmation of the Chapter 13 Plan if the statements relied upon are not accurate.

Executed on 8/09/2019

_____
Richard P. Duda, Sr.